IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SHARON LOFTON                                                                                    PLAINTIFF

V.                                                                          NO. 4:15-cv-00052-DMB-JMV

SAFEWAY INSURANCE COMPANY                                                        DEFENDANT

## FINAL JUDGMENT

On October 2, 2015, the parties filed a "Joint Motion of Dismissal" moving for "an Order dismissing this cause, and all its claims, with prejudice." Doc. #12, at 1. On October 8, 2015, the parties filed a "Stipulation of Dismissal" in which they stipulate "to the dismissal of the above-styled matter, with prejudice, on grounds of settlement. Each party is to bear their own costs." Doc. # 13, at 1. In consideration of the Stipulation of Dismissal: (1) this matter is **DISMISSED** with prejudice, with each party to bear its own attorneys' fees, expenses and costs; and (2) the joint motion for dismissal [12] is **DENIED** as moot.

SO ORDERED, this 9th day of October, 2015.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**